IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHEVETTE D. CURRY,
a/k/a CHEVETTE GILL,

Defendant.                                             No. 09-30129-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is a motion to continue (Doc. 11) filed by Defendant Chevette Curry. Specifically, Curry asks that the sentencing hearing currently set for April 16, 2010 be continued as Defendant is scheduled to have major surgery in May which would prevent her from being able to report to the BOP if directed to do so at the hearing. Defendant also argues that she needs additional time to make living arrangements for her three children in the event she is directed to report to the BOP. She also notes that her attorney has a meeting in Chicago on the same date as her scheduled sentencing hearing. Based on the reasons in the motion, the Court **GRANTS** Defendant's motion to continue sentencing hearing. The sentencing hearing currently scheduled for April 16, 2010 is **CONTINUED** to **June 25, 2010 at 9:00 a.m. IT IS SO ORDERED.** Signed this 5th day of April, 2010.

/s/ David R Herndon
Chief Judge
United States District Court