IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHEVETTE D. CURRY,

    Defendant.                          Case No. 09-cr-30129-DRH

### ORDER

**HERNDON, Chief Judge:**

        Before the Court is Defendant's Motion to Continue Sentencing (Doc. 13), currently scheduled for June 25, 2010.  Due to Defendant's current physical condition which requires she undergo spinal surgery and follow-up operations for at least the next three months.  Thus, she requests a continuance of the hearing for at least three months' time.  The Motion further states that the Government does not object to her request for a continuance.  Therefore, for good cause shown, said Motion (Doc. 13) is **GRANTED**.  Accordingly, the Sentencing Hearing for defendant Curry is hereby continued to **Friday, September 24, 2010 at 9:00 a.m.**

        **IT IS SO ORDERED**.

        Signed this 7th day of June, 2010.


                                            /s/  *David R. Herndon*

                                            **Chief Judge**
                                            **United States District Court**