**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**CHEVETTE D. CURRY,**

**Defendant.**                                              **No. 09-30129-DRH**

**ORDER**

**HERNDON, Chief Judge:**

Before the Court is Defendant Curry's motion to continue (Doc. 15) sentencing.  Specifically, Defendant requests that the sentencing hearing currently set for September 24, 2010 be continued until November as Defendant is still receiving treatment for a post-operative spinal condition and will be under doctor's care until November.  Based on the reasons stated in the motion, the Court **GRANTS** Defendant's motion to continue (Doc. 15).  Accordingly, the sentencing hearing currently scheduled for September 24, 2010 is **CONTINUED** until **November 12, 2010 at 10:00 a.m.**

**IT IS SO ORDERED.**

Signed this 8th day of September, 2010.

/s/    David R. Herndon

**Chief Judge
United States District Court**